**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 21-CR-40048-SMY** |
| **v.** | ) | |
| | ) | |
| **WAITH A. E. WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Waith A.E. Williams ("Williams"), the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment in a Criminal Case entered July 6, 2022, reflecting a conviction on Count 11 of the Indictment and a sentence imposed for said conviction.

Williams respectfully provides notice of his intent to evaluate and pursue any and all meritorious arguments in his appeal to the United States Court of Appeals for the Seventh Circuit.

This Notice is timely as it is being filed within fourteen days after the entry of the Judgment being appealed. *See* Federal Rule of Appellate Procedure 4. This Notice is being filed by Williams' Criminal Justice Act ("CJA") appointed counsel, William S. Margulis, who is admitted to practice before the United States Court of Appeals for the Seventh Circuit, on Williams' behalf and pursuant to Williams' request.

Respectfully submitted,

*/s/ William S. Margulis*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
ATTORNEY FOR DEFENDANT

**Certificate of Service**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*<u>/s/ William S. Margulis</u>*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
ATTORNEY FOR DEFENDANT